UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALONZO J. SEVERSON,

        Plaintiff,

v.

KING COUNTY, et al.,

        Defendants.

Case No. C17-816-JLR

ORDER OF DISMISSAL

       Having reviewed the Report and Recommendation of the Honorable James P. Donohue, Chief United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    Plaintiff's 42 U.S.C. § 1983 claims are DISMISSED with prejudice for failure to state a claim upon which relief may be granted.

    (3)    Plaintiff's state law claims are DISMISSED without prejudice to filing in state court.

    (4)    **This dismissal counts as a "strike" under 28 U.S.C. § 1915(g).**

ORDER OF DISMISSAL - 1

    (5)    The Clerk is directed to send copies of this Order to plaintiff and to Judge Donohue.

Dated this 17th day of November, 2017.

_____
JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL - 2